1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LIPPOLD individually and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>              Plaintiff,<br><br>      vs.<br><br>GODIVA CHOCOLATIER, INC. a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: CV 10-00421 SI<br><br>C<small>LASS</small> A<small>CTION</small><br><br>**[PROPOSED] ORDER**<br><br>[Honorable Susan Illston, Courtroom 10] |

      The Court grants Plaintiff leave to file a First Amended Complaint.   Defendant's Answer to the original complaint filed in San Francisco Superior Court on January 27, 2010 shall serve as Defendant's Answer to the First Amended Complaint.

      IT IS SO ORDERED.

Dated:                                   _____
                                              Honorable Susan Illston
                                              Judge, United States District Court

1

## PROOF OF SERVICE

2

3

4

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 42220 10th Street West, Suite 109, Lancaster, California  93534.  On May 19, 2010, I served the within document(s) described as:

5

### [PROPOSED] ORDER

6

7

   on the interested parties in this action as stated below:

8

### *** Please See Attached List ***

9

10

11

12

13

X     (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Lancaster, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

14

15

16

17

18

19

   (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine number(s) set forth above.  Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine.  Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served.  A true copy of each transmission report is attached to the office copy of this proof of service and will be proved upon request.

20

21

   (BY PERSONAL SERVICE) By personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

22

23

24

   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

25

   Executed on May 19, 2010, at Lancaster, California.

26

27

28

Vicky L. James
_____
Vicky L. James

# ATTACHMENT TO PROOF OF SERVICE

LIPPOLD, DANIEL, et al v. GODIVA CHOCOLATIER, INC. et al.
USDC, NORTHERN DISTRICT, CASE NO. C10-00421 EMC

Robert A. Naeve, Esq.                                   /Attorneys for Defendant Godiva
   rnaeve@jonesday.com                          Chocolatier, Inc.
Steven M. Zadravecez, Esq.
   szadravecz@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539