JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 552-6031
    Facsimile:    (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0421 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| UBALDO VIVEROS AVALAS, | |
| Defendant. | |

      On July 20, 2010, the parties in this case appeared before the Court.  The Court continued the matter until August 3, 2010.  The parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2010 to August 3, 2010, in light of the need for the defendant to consider a plea offer.

//

//

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
UBALDO VIVEROS-AVALAS, CR 10-00421 WHA     1

1  SO STIPULATED:

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

5  DATED: July 23, 2010                        /s/
                                     PATRICIA SPALETTA
                                     Special Assistant United States Attorney

8  DATED: July 23, 2010                        /s/
                                     GEOFFREY HANSEN
                                     Assistant Federal Public Defender

   Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from July 20, 2010 to August 3, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 20, 2010 to August 3, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from July 20, 2010 to August 3, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

         August 2, 2010.
DATED:_____
                                     THE HON.                                     SUP
                                     United Stat

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIP. & [PROPOSED] ORDER EXCLUDING TIME
UBALDO VIVEROS-AVALAS, CR 10-00421 WHA                                                                 2