R. Rex Parris, Esq. (SBN 96567)
   rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
   awheeler@rrexparris.com
Jason P. Fowler, Esq. (SBN 239426)
   jfowler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
   kszeto@rrexparris.com
Douglas Han, Esq. (SBN 232858)
   dhan@rrexparris.com
**R. REX PARRIS LAW FIRM**
42220 10th Street West, Suite 109
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile:   (661) 949-7524

Edwin Aiwazian, Esq. (SBN 232943)
   edwin@aiwazian.com
Ghazaleh Hekmatjah, Esq. (SBN 259662)
   gh@aiwazian.com
Arby Aiwazian, Esq. (SBN 269827)
   arby@aiwazian.com
**THE AIWAZIAN LAW FIRM**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LIPPOLD; ALICIA MACKEY; ADRINE KIRAKOSYAN; LEILA SAEDIAN; AMBER BAILEY; individually, and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>GODIVA CHOCOLATIER, INC. a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: CV 10-00421 SI (Lead)<br>(Related with CV 10-01887 SI)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>[Honorable Susan Illston, Courtroom 10] |

1

1  WHEREAS, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class came on for hearing in Courtroom 10 of this Court on November 4, 2010 at 9:00 a.m. ("Preliminary Approval Hearing");

WHEREAS, the Court continued the Preliminary Approval Hearing to December 9, 2010 at 9:00 a.m. in Courtroom 10 of this Court to give the parties additional time to revise the terms of the Settlement Agreement in order for the Court to grant preliminary approval of the Settlement;

WHEREAS, the parties have come to an agreement as to the terms of the Settlement and are diligently working together to revise the Settlement Agreement but require additional time prior to the December 9, 2010 hearing to finalize the revised Settlement Agreement and to obtain signatures from all parties and their attorneys;

WHEREAS, Plaintiffs and Defendant agree that stipulating to continue the Preliminary Approval Hearing date will serve judicial economy and will not prejudice either party;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class be continued to at least two (2) weeks from December 9, 2010.

Date:  December 7, 2010

**R. REX PARRIS LAW FIRM**

By: _____
Alexander R. Wheeler
Attorneys for Plaintiffs

Date:  December 7, 2010

**JONES DAY**

By: _____
John P. Migliarini
Steven M. Zadravecz
Attorneys for Defendant

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Date: December 7, 2010

**LAW OFFICES OF TIMOTHY P. RUMBERGER**

By: _____
Timothy P. Rumberger
Attorneys for Plaintiffs Ghada El Hakei
and Jason Hambrecht

3

STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

**[PROPOSED] ORDER**

Pursuant to the above Stipulation and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class is continued to at least two (2) weeks from December 9, 2010, to __December 20, 2010__ at __9:00 am__ in Courtroom 10 of this Court.

**IT IS SO ORDERED.**

Dated: _____    _____
                                             Honorable Susan Illston
                                             United States District Court

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS