1  R. Rex Parris, Esq. (SBN 96567)
       rrparris@rrexparris.com
2  Alexander R. Wheeler, Esq. (SBN 239541)
       awheeler@rrexparris.com
3  Jason P. Fowler, Esq. (SBN 239426)
       jfowler@rrexparris.com
4  Kitty Szeto, Esq. (SBN 258136)
       kszeto@rrexparris.com
5  Douglas Han, Esq. (SBN 232858)
       dhan@rrexparris.com
6  **R. REX PARRIS LAW FIRM**
   42220 10th Street West, Suite 109
7  Lancaster, California 93534
   Telephone:  (661) 949-2595
8  Facsimile:   (661) 949-7524

9  Edwin Aiwazian, Esq. (SBN 232943)
       edwin@aiwazian.com
10 Ghazaleh Hekmatjah, Esq. (SBN 259662)
       gh@aiwazian.com
11 Arby Aiwazian, Esq. (SBN 269827)
       arby@aiwazian.com
12 **THE AIWAZIAN LAW FIRM**
   410 West Arden Avenue, Suite 203
13 Glendale, California 91203
   Telephone:  (818) 265-1020
14 Facsimile:   (818) 265-1021

15 Attorneys for Plaintiffs

16           **UNITED STATES DISTRICT COURT**

17         **NORTHERN DISTRICT OF CALIFORNIA**

18 DANIEL LIPPOLD; ALICIA MACKEY;          )  Case No.: CV 10-00421 SI (Lead)
   ADRINE KIRAKOSYAN; LEILA SAEDIAN;       )  (Related with CV 10-01887 SI)
19 AMBER BAILEY; individually, and on behalf )
   of members of the general public similarly )  CLASS ACTION
20 situated, and as aggrieved employees pursuant )
   to the Private Attorneys General Act ("PAGA"), )  [PROPOSED] ORDER GRANTING
21                                          )  FINAL APPROVAL OF CLASS ACTION
              Plaintiff,                    )  SETTLEMENT
22                                          )
        vs.                                 )  [Filed Together with Unopposed
23                                          )  Motion for Final Approval and
                                            )  Declaration of Tony Dang]
24 GODIVA CHOCOLATIER, INC., an unknown     )
   corporation; and Does 1 through 100, inclusive. )  **Date:**  May 6, 2011
25                                          )  **Time:**  9:00 a.m.
              Defendants.                   )  **Place:**  Courtroom 10
26                                          )
   _____ )  [Honorable Susan Illston,
27                                          )   Courtroom 10]
   AND ALL RELATED ACTIONS.                 )
28 _____ )

                                    1

1  Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement came

2 on for hearing in Courtroom 10 of this Court on May 6, 2011 at 9:00 a.m.

3  Having read the motion for final approval, as well as the points and authorities

4 and declaration filed in support thereof, and having heard the parties' argument, this

5 Court hereby orders as follows:

6  1. Based on a review of the papers submitted by Plaintiffs and a review of the

7 applicable law, the Court finds that all of the terms set forth in the parties' Settlement

8 and Release of All Claims Agreement ("Settlement Agreement") is fair, reasonable,

9 adequate, and in the best interests of the class.  The Court further finds that the

10 settlement was the result of arms-length negotiations conducted after Settlement Class

11 Counsel had thoroughly and adequately investigated the claims and became familiar

12 with the strengths and weaknesses of those claims.  In particular, the lack of objections

13 by the Settlement Class Members, the amount of monies allocated to those members of

14 the Settlement Class that did not opt out, and the assistance of an experienced mediator

15 in the settlement process, among other factors, support the Court's conclusion that the

16 Settlement is fair, reasonable, and adequate.

17  2. The Court hereby grants final approval of the Settlement and directs the

18 parties to effectuate the terms of the Settlement Agreement, including issuing payments

19 for attorneys' fees and costs, enhanced payments to the Class Representatives, and costs

20 of administration to the claims administrator, Simpluris, as specified in the Settlement

21 Agreement.

22  3. The Court finds that Sandra Bass timely opted out of the Settlement

23 Agreement, will not receive any benefits of or payments under the Settlement

24 Agreement, and will not be subject to the Release set forth in the Settlement Agreement.

25  4. The Court hereby directs Defendant Godiva Chocolatier, Inc. ("Godiva") to

26 fund the $1,000,000.00 Settlement pursuant to the procedures and timeline set forth in

27 the Settlement Agreement.

28 / / / /

IRI-19908v1

1    5.    Simpluris, Inc. shall calculate and administer the payments to be made to

2  the Settlement Class Members who did not opt out, Settlement Class Counsel's fees,

3  costs, and enhancement award payments to the Settlement Class Representatives

4  pursuant to the procedures and timelines set forth in Sections E, G, and H of the

5  Settlement Agreement.  Simpluris, Inc. is herby directed to take all other actions in

6  furtherance of the settlement administration as specified in the Settlement Agreement.

7

8    6.    The Court hereby retains continuing jurisdiction over the enforcement and

9  administration of the Settlement.

10

11    IT IS SO ORDERED.

12

13  DATE:  _5/9/11_____          _____

14                                  Honorable Susan Illston
                                    Judge, United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-19908v1