R. Rex Parris, Esq. (SBN 96567)
   rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
   awheeler@rrexparris.com
Jason P. Fowler, Esq. (SBN 239426)
   jfowler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
   kszeto@rrexparris.com
Douglas Han, Esq. (SBN 232858)
   dhan@rrexparris.com
**R. REX PARRIS LAW FIRM**
42220 10th Street West, Suite 109
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

Edwin Aiwazian, Esq. (SBN 232943)
   edwin@aiwazian.com
Ghazaleh Hekmatjah, Esq. (SBN 259662)
   gh@aiwazian.com
Arby Aiwazian, Esq. (SBN 269827)
   arby@aiwazian.com
**THE AIWAZIAN LAW FIRM**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIPPOLD; ALICIA MACKEY; ADRINE KIRAKOSYAN; LEILA SAEDIAN; AMBER BAILEY; individually, and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>          Plaintiff,<br><br>     vs.<br><br>GODIVA CHOCOLATIER, INC., an unknown corporation; and Does 1 through 100, inclusive.<br><br>          Defendants.<br>_____<br>AND ALL RELATED ACTIONS. | Case No.: CV 10-00421 SI (Lead)<br>(Related with CV 10-01887 SI)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Filed Together with Unopposed Motion for Final Approval; Declaration of Tony Dang; and [Proposed] Order]<br><br>**Date:** May 6, 2011<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 10<br><br>[Honorable Susan Illston, Courtroom 10] |

1

The Court hereby orders entry of judgment as follows:

1. The Order Granting Final Approval of Class Action Settlement is hereby incorporated into this judgment by reference;

2. The Court hereby enters judgment in *Lippold, et al. v. Godiva Chocolatier, Inc.*, Case No. CV 10-00421 SI and *El Hakei, et al. v. Godiva Chocolatier, Inc.*, Case No. CV 10-01887 SI (collectively, the "Actions") pursuant to the terms of the Settlement Agreement;

3. The Court hereby dismisses the Actions with prejudice as against all class members, except Sandra Bass who timely opted out of the settlement; and

4. The Court hereby retains continuing jurisdiction over the parties and the enforcement and administration of the Settlement.

IT IS SO ORDERED.

DATE: 5/9/11

Honorable Susan Illston
Judge, United States District Court