R. Rex Parris, Esq. (SBN 96567)
    rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
    awheeler@rrexparris.com
Jason P. Fowler, Esq. (SBN 239426)
    jfowler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
    kszeto@rrexparris.com
Douglas Han, Esq. (SBN 232858)
    dhan@rrexparris.com
**R. REX PARRIS LAW FIRM**
42220 10th Street West, Suite 109
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile:  (661) 949-7524

Edwin Aiwazian, Esq. (SBN 232943)
    edwin@aiwazian.com
Ghazaleh Hekmatjah, Esq. (SBN 259662)
    gh@aiwazian.com
Arby Aiwazian, Esq. (SBN 269827)
    arby@aiwazian.com
**THE AIWAZIAN LAW FIRM**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:  (818) 265-1021

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIPPOLD; ALICIA MACKEY; ADRINE KIRAKOSYAN; LEILA SAEDIAN; AMBER BAILEY; individually, and on behalf of members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>          Plaintiff,<br><br>    vs.<br><br>GODIVA CHOCOLATIER, INC., an unknown corporation; and Does 1 through 100, inclusive.<br><br>          Defendants.<br>_____<br>AND ALL RELATED ACTIONS.<br>_____ | Case No.: CV 10-00421 SI (Lead) (Related with CV 10-01887 SI)<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD<br><br>[Filed Together with Motion for Final Approval of Attorneys' Fees, Costs, and Enhancement Award; Supporting Declarations]<br><br>**Date:**  May 6, 2011<br>**Time:**  9:00 a.m.<br>**Place:**  Courtroom 10<br><br>[Honorable Susan Illston, Courtroom 10] |

1

Plaintiffs' motion for an order granting final approval of attorneys' fees, costs, and enhancement awards in the settlement of the above-captioned actions on a class basis came on for hearing in Courtroom 10 of this Court on May 6, 2011.

Having heard and considered the moving papers, as well as the papers submitted in support thereof and arguments presented and good causing appearing, the Court hereby orders as follows:

1.    The Court hereby grants final approval of the Class Counsel's request for attorneys' fees in the amount of $333,333.33 and costs in the amount of $26,129.15.  Simpluris, Inc. ("Simpluris") shall electronically wire the approved attorneys' fees in the amount of $333,333.33 and costs in the amount of $26,129.15 to the R. Rex Parris Law Firm no later than 48 hours after Simpluris receives the Total Distribution Amount pursuant to the Effective Dates specified in the parties' Settlement Agreement.

2.    The Court hereby grants final approval of the payment of $5,000 to Simpluris for administering the settlement and claims process.

3.    The Court hereby grants final approval of an enhancement award in the amount of $70,000.00 to the Class Representatives, in addition to their share as a class member of the settlement fund, to be paid in the amount of $10,000 to each Class Representative.  Simpluris shall send the enhancement payments to the Class Representatives via first-class mail no later than 48 hours after Simpluris receives the Total Distribution Amount pursuant to the Effective Dates specified in the parties' Settlement Agreement.

**IT IS SO ORDERED.**

DATE: ___5/10/11_____     _____

Honorable Susan Illston
United States District Court

1